FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 28 2014

James N. Hatten, Clerk
By: /s/ AMCauui
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CHANDERPERSAD KANDHAI

: CRIMINAL ACTION FILE
: NO. 1:13-CR-274-3-ODE-JFK

ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge Janet F. King filed April 1, 2014 [Doc. 38]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to suppress statements and evidence [Doc. 26] be denied, and that his preliminary motion to suppress custodial statement [Doc. 17] be denied as moot.[1] Specifically, the Magistrate Judge found that the searches were reasonable under the circumstances presented.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Defendant's motion to suppress statements and evidence [Doc. 26] is DENIED, and his preliminary motion to suppress custodial statement [Doc. 17] is DENIED AS MOOT.

---

[1] The Magistrate Judge states that since the government does not intend to use in its case-in-chief at trial any custodial statements made by Defendant after his April 27, 2013 arrest, Defendant has withdrawn the motion to suppress those statements [Doc. 17].

SO ORDERED, this 28 day of April, 2014.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE